1 Brian S. Tamsut, No. 322,780 btamsut@socalip.com
2 Michael D. Harris, No. 59,470 mharris@socalip.com
3 Jonathan P. Pearce, No. 245,776 jpearce@socalip.com
  SOCAL IP LAW GROUP LLP
4 310 N. Westlake Blvd., Suite 120
  Westlake Village, CA 91362-3788
5 Phone: (805) 230-1350

6 Attorneys for Plaintiff Barkley & Associates Inc.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| Barkley & Associates, Inc.<br><br>   Plaintiff,<br><br>v.<br><br>Raymond Zakhari et al.,<br><br>   Defendants. | Case No. 2:24-cv-03645 MEMF(PVCx)<br><br>Tamsut Declaration Supporting Request to Enter Default Against Defendants Ayman Asayed, Zeyed Asayed and Iceberg LLC<br><br>Judge: Maame Ewusimensah Frimpong |
|---|---|

I, Brian Tamsut declare:

1.  I am a member of the State Bar of California and of the bar of this Court. I represent plaintiff Barkley & Associates, Inc. for whom I submit this declaration. I am over 18 years old and am competent to testify.

2.  Exhibit 1 is the proof of service on Iceberg LLC [Dkt. 34].

3.  Plaintiff has tried but cannot serve defendants Zeyed Asayed and Ayman Asayed.

4.  Exhibit 2 is A. Asayed, Z. Asayed, and Iceberg LLC May 28, 2025, motion to dismiss for lack of personal jurisdiction [Dkt. 36].

5.  Exhibit 3 is "Notice to Filer of Deficiencies," and Exhibit 4 is the Court's June 17, 2025, order striking the motion because the defendants did not meet and confer.

6. On July 17, 2025, I conferred by telephone with defendant Ayman Asayed. No other defendant took part. Mr. Asayed said he did not plan to move to dismiss or to answer the complaint for himself or Iceberg, and neither he nor Iceberg intended to take part in the lawsuit.

7. Since then, Mr. Asayed and Iceberg have not answered the complaint and filed no Rule 12 motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

October 27, 2025　　　　　　　　　　/s/ *Brian Tamsut*
　　　　　　　　　　　　　　　　　　Brian Tamsut

## PROOF OF SERVICE

I declare under penalty of perjury of the laws of the United States that on October 27, 2025, I served "Tamsut Declaration Supporting Request to Enter Default Against Defendants Ayman Asayed, Zeyed Asayed and Iceberg LLC" to attorneys for all defendants by e-mail to Omero@banuelos-law.com

October 27, 2025　　　　　　　　　　/s/ Anneliese Lomonaco
　　　　　　　　　　　　　　　　　　Anneliese Lomonaco