# Exhibit 1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-03645-MEMF-PVC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for ICEBERG LLC was received by me on May 1, 2025.

Documents: **Summons; Amended Complaint; Notice of Reassignment; Order Setting Scheduling Conference; Civil Case Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination of an Actiong Regarding a Patent or Trademark; Notice to Counsel**

Service Address:

☑ I personally served the above documents on the individual at 6693 Maple Lakes Dr, West Bloomfield, MI 48322-3069 on May 7, 2025 1:00 PM

☐ I left the summons at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the summons to **AYMAN ASAYED - AGENT**, who is designated by law to accept service of process on behalf of **ICEBERG LLC** on **May 7, 2025 1:00 PM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ 290.10 for services, for a total of $ 290.10

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Date: May 7, 2025

*Additional information regarding attempted service, etc:*

Server's signature

**Robert Lutrin**
*Printed name and title*
REG #, County of

674 County Square Drive, Suite 107, Ventura, CA 93003
*Server's Address*

VN226647