# Exhibit 4

**Anneliese Lomonaco**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, June 17, 2025 3:25 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:24-cv-03645-MEMF-PVC Barkley and Associates, Inc. v. Raymond Zakhari et al Generic Text Only Entry |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 6/17/2025 at 3:24 PM PDT and filed on 6/17/2025

**Case Name:** Barkley and Associates, Inc. v. Raymond Zakhari et al
**Case Number:** 2:24-cv-03645-MEMF-PVC
**Filer:**
**Document Number:** 40

**Docket Text:**
**The Court finds that the moving party failed to meet and confer as required by Local Rule 7-3 and the Courts Civil Standing Order prior to the filing of the Motion to Dismiss [ECF No. 36]. Accordingly, the Motion to Dismiss is STRICKEN, and the parties are ORDERED to meet and confer about the issues raised in the motion in conformity with Local Rule 7-3 and the Civil Standing Order, which may be found at the Courts website.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sce) TEXT ONLY ENTRY**

**2:24-cv-03645-MEMF-PVC Notice has been electronically mailed to:**

Jonathan Pearce     jpearce@socalip.com, alomonaco@socalip.com

Brian Tamsut     btamsut@socalip.com

Omero Banuelos     omero-banuelos-8901@ecf.pacerpro.com, omero@banuelos-law.com, mlee@banuelos-law.com

1

Michael D. Harris    mharris@socalip.com, alomonaco@socalip.com, nabeloe@socalip.com

**2:24-cv-03645-MEMF-PVC Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**